WILLIAM H. OWENS, Respondent, *v.* HENRY T. CROMWELL, Appellant.

(Argued June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*M. H. Hirschberg* for appellant.

*M. N. Kane* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.